PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:98CR05022-001 OWW** |
| | ) | |
| **WILLIAM KEITH RUSSELL** | ) | |
| | ) | |

On February 7, 2000, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.  The Government has been informed and does not object to the recommendation for early termination.

Respectfully submitted,

/s/ Michael W. Armistead

**Michael W. Armistead**
**Senior United States Probation Officer**

Dated:      October 25, 2010
              Fresno, California
              MWA

**REVIEWED BY:**      __/s/ Hubert J. Alvarez_____
              **Hubert J. Alvarez**
              **Supervising United States Probation Officer**

Re:   **William Keith RUSSELL**
      **Docket Number:   1:98CR05022-001 OWW**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

October 26, 2010                          /s/ OLIVER W. WANGER
**Date**                                  **Oliver W. Wanger**
                                          **Senior United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office